[377]    TOWNLEY v. WOOLY AND ANOTHER.

1. Plaintiff's book is not evidence to charge one with goods received by a third person, unless an authority to deliver them to such third person is shown.

2. Such third person to whom the goods were delivered, is an incompetent witness to charge the person in whose name he received them.

On *certiorari.*

It appeared by the return this was an action brought against Townley, the present plaintiff, for goods sold and delivered on a book account. One Egbert was produced to prove the book. It appeared by his testimony the goods were not delivered by the plaintiffs below to Townley himself, but the witness had taken them up in his name.

The court reversed the judgment—thinking the book was not evidence to charge Townley where a third person received the goods, unless due proof was made of an authority to receive them for the use of defendant.

They were also of opinion that Egbert was not a competent witness to prove this authority or that the goods were delivered on account of Townley, because his testimony tended to discharge himself.

CITED *in Jones* v. *Brick,* 3 *Hal.* 269.